Steven L. Taggart, ISB No. 8551
Mark V. Cornelison, ISB No. 7682
**MAYNES TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email:  staggart@maynestaggart.com
        mcornelison@maynestaggart.com

*Attorneys for Defendant David E. Johnson and Kathryn L. Johnson*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>DAVID E. JOHNSON and KATHYRN L. JOHNSON,<br><br>Debtors. | BK Case No. No. 20-40365-JMM<br><br>Chapter 7 |
| AUSTIN BROWN,<br><br>　Plaintiff,<br><br>vs.<br><br>DAVID EUGENE JOHNSON and KATHRYN LINDA JOHNSON,<br><br>　Defendants. | Adversary Case No. 20-08049-JMM |

**NOTICE OF HEARING ON MOTION TO DISMISS ADVERSARY COMPLAINT**

PLEASE TAKE NOTICE that on **October 5, 2020 at 1:30 p.m.,** or soon thereafter as the parties may be heard, the court will call up for hearing the *Motion to Dismiss Adversary Complaint* (Dkt. 9) filed by the Defendants before the Honorable Joseph M. Meier **via telephonic hearing.**

Parties shall call into the number below at least ten (10 ) minutes prior to the start of the hearing.  The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called.  Once you are finished with your case, you may hang up.

Judge Meier's Conference Number:  1-877-336-1829

Access Code:          5781287#

Security Code:        1234#

DATED:      September 11, 2020

MAYNES TAGGART PLLC

*/s/ Steven L. Taggart*_____
Steven L. Taggart

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on September 11, 2020, I filed a copy of the foregoing pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

John C. Peterson, Esq. representing Austin Brown
johncpeterson@cableone.net

And as otherwise reflected on the Court's Notice of Electronic filing.

                    */s/ Steven L. Taggart*
                    Steven L. Taggart